1026

[No. 28393-3-III.   Division Three.   January 13, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC ALLEN HAGGIN, *Appellant*.

*Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Sweeney, J.

[No. 28886-2-III.   Division Three.   January 13, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD J. YORK, *Appellant*.

*Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, A.C.J., and Siddoway, J.

[No. 28973-7-III.   Division Three.   January 13, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL J. REID, *Appellant*.

*Affirmed* by unpublished opinion per Korsmo, A.C.J., concurred in by Brown and Siddoway, JJ.

[No. 61053-8-I.   Division One.   January 18, 2011.]

*In the Matter of the Detention of* RICARDO CAPELLO.

*Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Cox and Ellington, JJ.